McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
  *jim.wagoner@mccormickbarstow.com*
Lejf E. Knutson, #234203
  *lejf.knutson@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:    (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for Plaintiffs FreshPac, LLC; Dayka & Hackett, LLC; Kool Kountry, LLC; Hackett Ag Management, Inc.; Fresh Select, LLC; and TM Diversified Management, Inc. on behalf of Dayka Ag Management, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FRESHPAC, LLC; DAYKA & HACKETT, LLC; KOOL KOUNTRY, LLC; HACKETT AG MANAGEMENT, INC.; FRESH SELECT, LLC; and TM DIVERSIFIED MANAGEMENT, INC. on behalf of DAYKA AG MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMRITSAR INSURANCE COMPANY; and Does 1-100., <br><br> Defendant. | Case No. 1:23-cv-00678-JLT-BAM <br><br> **JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE FOR MOTION TO DISMISS COMPLAINT (FRCP 12(b)(3) AND [PROPOSED] ORDER** |

Plaintiffs FRESHPAC, LLC; DAYKA & HACKETT, LLC; KOOL KOUNTRY, LLC; HACKETT AG MANAGEMENT, INC.; FRESH SELECT, LLC; and TM DIVERSIFIED MANAGEMENT, INC. on behalf of DAYKA AG MANAGEMENT, INC., and Defendant AMRITSAR INSURANCE COMPANY, by and through their counsel of record, hereby stipulate as follows:

/ / /

/ / /

1.      On July 21, 2023, Defendant filed the pending "Motion to Dismiss for Lack of Jurisdiction Pursuant to FRCP 12(b)(3), or, in the Alternative to Enforce a Contractual Forum Selection Provision and Change Venue Based on Forum Non Conveniens Pursuant to 28 U.S.C. §1404(b)." (See Docket No. 11 [hereinafter "Motion to Dismiss"].) Based on the Motion to Dismiss' filing date, the deadline for Plaintiffs to file an Opposition to the Motion to Dismiss was August 4, 2023. (See E.D.Cal. Local Rule 230(c).)

2.      As set forth and explained by the accompanying Declaration of Marisela Taylor, counsel for Plaintiffs drafted and prepared an Opposition to the Motion to Dismiss which was complete and ready for filing by the August 4, 2023 deadline. (See Taylor Decl., ¶¶5-7.) However, due to clerical error and inadvertence, the Opposition was not filed until 3:33 a.m. on August 5, 2023, thereby missing the August 4, 2023 filing deadline by approximately 3.5 hours. (*Id.*, ¶¶8-10; Docket no. 14; *see also* E.D.Cal. Local Rule 134(b) [generally requiring electronic filing of document "before midnight (Pacific Time) on that business day"].)

3.      Thereafter, on August 7, 2023 counsel for the parties telephonically conferred regarding the inadvertent late filing of the Opposition and determined that: (1) Defendant would not object to the inadvertent late filing of the Opposition; and (2) the parties would file a Joint Stipulation with the Court for an order to accommodate the Plaintiffs' inadvertent late filing of the Opposition.

4.      Based on information and belief, the inadvertent late filing of the Opposition should cause no inconvenience to the Court since the Court has vacated the previously noticed Motion to Dismiss hearing date of August 28, 2023 and announced its intention to resolve the Motion to Dismiss "on the papers." (See Docket no. 13 [July 26, 2023 Minute Order].)

5.      Therefore, Plaintiffs and Defendant by and through their respective counsel hereby stipulate that the Plaintiffs' Opposition to the Motion to Dismiss be deemed to have been timely filed and respectfully request that this Court enter an Order to that effect.

/ / /

/ / /

/ / /

Dated: August 7, 2023

ADAMSKI MOROSKI MADDEN
CUMBERLAND & GREEN LLP

_____
JEFFREY A. HACKER
Attorneys for Defendant AMRITSAR
INSURANCE COMPANY

Dated:  August 7, 2023

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

_____
JAMES P. WAGONER
LEJF E. KNUTSON
Attorneys for Plaintiffs FRESHPAC, LLC; DAYKA & HACKETT, LLC; KOOL KOUNTRY, LLC; HACKETT AG MANAGEMENT, INC.; FRESH SELECT, LLC; AND TM DIVERSIFIED MANAGEMENT, INC. ON BEHALF OF DAYKA AG MANAGEMENT, INC.

## ORDER

Having considered the Parties' "Joint Stipulation To Modify Briefing Schedule For Motion To Dismiss Complaint (FRCP 12(b)(3)" the Court determines that there is good cause to excuse the Plaintiffs' inadvertent late filing of their Opposition to Defendants' Motion to Dismiss. Therefore, the Opposition will be deemed to have been timely filed under the applicable Local Rules.

IT IS SO ORDERED.

Dated:   **August 9, 2023**                    _____
                                                UNITED STATES DISTRICT JUDGE